CLOSED,E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:14-mj-70748-JSC All Defendants
### Internal Use Only

Case title: USA v. Nichols et al

Other court case number: 14-MJ-5049-JGD District of Massachusetts

Date Filed: 05/28/2014

Date Terminated: 05/29/2014

Assigned to: Magistrate Judge Jacqueline Scott Corley

### Defendant (1)

**Travis Allen Antone Nichols**
*TERMINATED: 05/29/2014*

represented by **Geoffrey A. Hansen**
Federal Public Defender
19th Floor Federal Building-Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
415/436-7700
Fax: 415-436-7706
Email: geoffrey_hansen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.

Date Filed ___5-29-14___

RICHARD W. WIEKING, Clerk

By: _____, Deputy Clerk

MARK J. JENKINS

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 21:846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute Marijuana | |

Assigned to: Magistrate Judge
Jacqueline Scott Corley

### Defendant (2)

**Rebecca Reynolds**
*TERMINATED: 05/29/2014*

represented by  **Edward W. Swanson**
Swanson & McNamara LLP
300 Montgomery St., Suite 1100
San Francisco, CA 94104
(415) 477 3800
Fax: (415) 477 9010
Email:
eswanson@swansonmcnamara.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| 21:846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute Marijuana | |

Assigned to: Magistrate Judge
Jacqueline Scott Corley

### Defendant (3)

**Jayme Nicole Reynolds**
*TERMINATED: 05/29/2014*

represented by **Ethan Atticus Balogh**
Coleman, Balogh & Scott LLP
235 Montgomery Street
Suite 1070
San Francisco, CA 94104
415.391.0440
Fax: 415.373.3901
Email: eab@colemanbalogh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 21:846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute Marijuana | |

### Plaintiff

**USA**

represented by **Adam Wright**
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
415-436-7368
Email: adam.wright@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2014 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Travis Nichols (1), Rebecca Reynolds (2), Jayme Reynolds (3). (mjj2S, COURT STAFF) (Filed on 5/28/2014) (Entered: 05/29/2014) |
| 05/28/2014 | | CASE DESIGNATED for Electronic Filing. (mjj2S, COURT STAFF) (Filed on 5/28/2014) (Entered: 05/29/2014) |
| 05/29/2014 | 2 | Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Initial Appearance (Rule 5) as to Travis Nichols held on 5/29/2014; Added attorney Geoffrey A. Hansen (provisionally) for Travis Nichols. Advised of rights and charges. True name: Travis Allen Antone Nichols. Issued appearance bond. Order removed to the District of Massachusetts. To appear on 6/19/2014 in District of Massachusetts. (Recording #FTR 9:52-10:09.) (mjj2S, COURT STAFF) (Filed on 5/29/2014) Modified on 5/29/2014 (mjj2S, COURT STAFF). (Entered: 05/29/2014) |
| 05/29/2014 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Travis Nichols (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | 🔒 4 | **ORDER Setting Conditions of Release and Appearance as to Travis Nichols (1) $50,000 Unsecured. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 5/29/2014. (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | 5 | Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Initial Appearance as to Rebecca Reynolds held on 5/29/2014; Added attorney Edward W. Swanson (provisionally) for Rebecca Reynolds. Name as charged is true name. Advised of rights and charges. Issued Appearance Bond. Order removed to the District of Massachusetts. To appear 6/19/2014 in the District of Massachusetts. (Recording #FTR 9:52-10:09.) (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Rebecca Reynolds (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | 🔒 7 | **ORDER Setting Conditions of Release and Appearance as to Rebecca Reynolds (2): $50,000 Unsecured. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 5/29/2014. (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | 8 | Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Initial Appearance as to Jayme Reynolds held on 5/29/2014; Added attorney Ethan Atticus Balogh (provisionally) for Jayme |

| | | |
|---|---|---|
| | | Reynolds. Advised of rights and charges. True name is Jayme Nicole Reynolds. Issued Appearance Bond. Order removed to the District of Massachusetts. To appear 6/19/2014 in the District of Massachusetts. (Recording #FTR 9:52-10:09.) (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | 9 | WAIVER of Rule 5 & 5.1 Hearings by Jayme Reynolds (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | 🔒 10 | **ORDER Setting Conditions of Release and Appearance as to Jayme Reynolds (3) $50,000 Unsecured. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 5/29/2014. (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | 11 | **ORDER Requiring a Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Travis Allen Antone Nichols. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 5/29/2014. (cc: financial) (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | 12 | **ORDER Requiring a Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Rebecca Reynolds. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 5/29/2014. (cc: finance) (mjj2S, COURT STAFF) (Filed on 5/29/2014) Modified on 5/29/2014 (mjj2S, COURT STAFF). (Entered: 05/29/2014)** |
| 05/29/2014 | 13 | **ORDER Requiring a Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Jayme Nicole Reynolds. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 5/29/2014. (cc: finance) (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | 14 | CLERKS NOTICE - Rule 5 documents forwarded to the District of Massachusetts via USPS as to Travis Allen Antone Nichols, Rebecca Reynolds, Jayme Nicole Reynolds (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | 🔒 | (Court only) ***Terminated defendant Rebecca Reynolds, Travis Allen Antone Nichols and Jayme Nicole Reynolds, pending deadlines, and motions., ***Case Terminated as to Travis Allen Antone Nichols, Rebecca Reynolds, Jayme Nicole Reynolds (mjj2S, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014) |

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   3:14-MJ-70748-JSC-1 |
| Travis Nichols | ) |
| | ) Charging District:   of Massachusetts |
| *Defendant* | ) Charging District's Case No.   14-MJ-5049 JGD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | John Joseph Moakley United States Courthouse One Courthouse Way, Room 6420 Boston, MA 02210 | Courtroom No.:  To be determined |
|---|---|---|
| | | Date and Time:  To be determined |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   May 29, 2014

*Jacqueline S. Corley*
_____
*Judge's signature*

Jacqueline S. Corley, United States Magistrate Judge
_____
*Printed name and title*

# FILED

## MAY 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
ATTEST:
    RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
                        puty Cler...
Date   5-29-14

# MARK J. JENKINS

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
## Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:14-MJ-70748-JSC-2 |
| Rebecca Reynolds | ) | |
| | ) | Charging District:   of Massachusetts |
| *Defendant* | ) | Charging District's Case No.   14-MJ-5049 JGD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | John Joseph Moakley United States Courthouse One Courthouse Way, Room 6420 Boston, MA 02210 | Courtroom No.: To be determined |
|---|---|---|
| | | Date and Time:  To be determined |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      May 29, 2014

*Jacqueline S. Corley*
*Judge's signature*

Jacqueline S. Corley, United States Magistrate Judge
*Printed name and title*

FILED

MAY 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that the annexed
instrument is a true and correct copy
of the original issued in my office.
ATTEST:
    RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

By:
                    Deputy Clerk
Date   5-29-14

MARK J. JENKINS

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:14-MJ-70748-JSC-3 |
| Jayme Reynolds | ) | Charging District:   of Massachusetts |
| *Defendant* | ) | Charging District's Case No.   14-MJ-5049 JGD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | John Joseph Moakley United States Courthouse One Courthouse Way, Room 6420 Boston, MA 02210 | Courtroom No.:  To be determined |
|---|---|---|
| | | Date and Time:  To be determined |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   May 29, 2014

_Jacqueline S. Corley_
*Judge's signature*

Jacqueline S. Corley, United States Magistrate Judge
*Printed name and title*

# FILED

MAY 2 9 2014

RICHARD W. WIEKING
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that the annexed
instrument is a true and correct copy
of the original issued in my office.
ATTEST:
  RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

By: _____
_____ puty Cle....
Date _____ 5-29-14

MARK J. JENKINS

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | Case No. 3:14-mJ-70748JSC-1 ~~14    5049~~ |
| v. | ) | |
| Travis Nichols | ) | |
| _Defendant_ | ) | Charging District's Case No. 14-mJ-5049-JGD |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Dist. of Mass.__ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☒     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   5/29/14

_Defendant's signature_

_Signature of defendant's attorney_

Geoffrey A. Hansen
_Printed name of defendant's attorney_

**FILED**

MAY 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3-MJJC

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | Case No.  ~~14 - 5049~~  MJ-70748-JSC-2 |
| v. | ) | |
| ~~Fran~~ Rebecca Reynolds | ) | Charging District's Case No.  14-MJ-5049-JGD |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Dist. of Mass .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  5-29-14

FILED

MAY 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Edward W. Swanson
*Printed name of defendant's attorney*

6-MJS-

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| United States of América | ) | |
| v. | ) | Case No.  14 - 5049   MJ - 70748·JSC· 3. |
| Jayme Reynolds | ) | |
| _____ | ) | Charging District's Case No. 14·MJ-5049 J6D |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* DISTRICT OF MASSACHUSETTS

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❐     an identity hearing and production of the warrant.

❐     a preliminary hearing.

❐     a detention hearing.

❐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
      be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
      by that court.

     I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   5/29/14

_____
Defendant's signature

_____
Signature of defendant's attorney

ETHAN A. BALOGH
Printed name of defendant's attorney

FILED

MAY 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9 -MJJ~

DOCUMENTS UNDER SEAL ☐          TOTAL TIME (mins):     17 M

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Karen L. Hom | REPORTER/FTR FTR 9:52-10:09 | |
|---|---|---|---|
| MAGISTRATE JUDGE JACQUELINE S. CORLEY | DATE May 29, 2014 | NEW CASE ☐ | CASE NUMBER 3:14-mj-70748-JSC-1 |

APPEARANCES

| DEFENDANT Travis Nichols | AGE 25 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Geoff Hansen, prov appt. | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Adam Wright | INTERPRETER | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Denise Mancia | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR Rule 5-MA | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Travis Allen Antone Nichols |
|---|---|---|---|

ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 50,000 p/r | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF  Massachusetts

PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

CONTINUANCE

| TO: 06/19/14 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: TBD  Dist of MA | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. TBD - Dist of MA | ☐ DETENTION HEARING | ☒ ARRAIGNMENT & Initial Appear. | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

Dft admitted to being the person as charged in the criminal complaint in the Dist of MA and waived his ID removal hearing. Waiver of Rule 5 and 5.1 Hearing executed in open Court.

DOCUMENT NUMBER:    2 -mjr

DOCUMENTS UNDER SEAL ☐                  Clear Form                TOTAL TIME (mins):   17 M

| MAGISTRATE JUDGE<br>MINUTE ORDER | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR 9:52-10:09 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>JACQUELINE S. CORLEY | DATE<br>May 29, 2014 | | NEW CASE ☐ | CASE NUMBER<br>3:14-mj-70748-JSC-2 |

### APPEARANCES

| DEFENDANT<br>Rebecca Reynolds | AGE<br>53 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Edward Swanson, prov appt | PD. ☐   RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Adam Wright | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Denise Mancia | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>Rule 5-MA | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☒ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |

### ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | |
|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 p/r | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |

| PROPERTY TO BE POSTED<br>☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF  Massachusetts

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>06/19/14 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>TBD - Dist of MA | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING | ☐ CHANGE OF<br>PLEA | ☐ STATUS |
| BEFORE HON.<br>TBD - Dist of MA | ☐ DETENTION<br>HEARING | ☒ ARRAIGNMENT<br>& Initial Appear. | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Dft admitted to being the person as charged in the criminal complaint in the Dist of MA and waived her Identity Hearing.
Waiver of Rule 5 and 5.1 Hearing executed in open court.

DOCUMENT NUMBER:

5 - mJT

DOCUMENTS UNDER SEAL ☐        [Clear Form]        TOTAL TIME (mins):   17 M

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Karen L. Hom | REPORTER/FTR FTR 9:52-10:09 | |
|---|---|---|---|
| MAGISTRATE JUDGE JACQUELINE S. CORLEY | DATE May 29, 2014 | NEW CASE ☐ | CASE NUMBER 3:14-mj-70748-JSC-3 |

### APPEARANCES

| DEFENDANT Jayme Reynolds | AGE 28 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ethan Balogh, prov. appt. | PD. ☐  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Adam Wright | INTERPRETER | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
|---|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Denise Mancia | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR Rule 5-MA | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Jayme Nicole Reynolds |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 50,000 p/r | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH     $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF  Massachusetts

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 06/19/14 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: TBD- Dist of MA | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. TBD - Dist of MA | ☐ DETENTION HEARING | ☒ ARRAIGNMENT & Initial Appear. | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Dft admitted to being the person as charged in the criminal complaint in the Dist of MA and waived her Identity hearing.
Waiver of Rule 5 and 5.1 hearing executed in open court.

DOCUMENT NUMBER: