UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   DOCKET NO. 14-CR-10163-NMG

EDWARD BOYER, et al
    Defendants

## ASSENTED TO MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT

Defendant Jayme Reynolds respectfully moves this Court, pursuant to Fed. R. Crim. P. 10(b), to waive her appearance at the arraignment in this matter, currently scheduled for June 19, 2014.

In support, Jayme Reynolds affirms that she waives her appearance, that she has received and reviewed the indictment, and that she asks that a plea of not guilty be entered on her behalf.

Jayme Reynolds was arrested in the Northern District of California, appeared in U.S. District court in San Francisco on May 29, 2014, and was released on conditions and a $50,000.00 unsecured bond.

An affidavit from Jayme Reynolds confirming her request to waive her appearance will be filed prior to the arraignment in this matter.

WHEREFORE, defendant Jayme Reynolds requests that her motion be allowed and her appearance be waived at the arraignment in this matter.

                                                Respectfully submitted,
                                                Jayme Reynolds,
                                                By Her Attorney,

DATE:      June 18, 2014                /s/Paul J. Garrity
                                                Paul J. Garrity
                                                Bar No. 555976
                                                14 Londonderry Road
                                                Londonderry, NH  03053
                                                603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 18th day of June, 2014 a copy of the within Motion has been emailed to all parties on record and mailed, postage prepaid, to Jayme Reynolds.

                                                /s/ Paul J. Garrity
                                                Paul J. Garrity