UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
14-10163-NMG

UNITED STATES OF AMERICA

v.

REBECCA REYNOLDS
and JAYME REYNOLDS

### INITIAL SCHEDULING ORDER

June 19, 2014

DEIN, M.J.

The court having allowed the above named defendants' motion to waive their appearance at arraignment, and the court having entered a plea of not guilty on their behalf on **June 19, 2014**, the parties shall comply with their discovery obligations set forth in the Local Rules, D. Mass. ("LR") 116.1 through 116.4. Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **July 18, 2014**. The parties are reminded of their obligation under LR 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **July 29, 2014 at 10:00 AM in Courtroom #15 on the 5th Floor**.[1] The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **July 24, 2014**.

                                           / s / Judith Gail Dein
                                           Judith Gail Dein

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. See Fed. R. Crim. P. 43(c)(3).

United States Magistrate Judge