# PAUL J. GARRITY
Attorney At Law

| | |
|---|---|
| 14 Londonderry Road | 755 East Broadway |
| Londonderry, NH 03053 | South Boston, MA   02127 |
| (603)434-4l06 | (617)268-2999 |
| (603)434-9356 | |
| FAX: (603)437-6472 | |

March 18, 2015

United States District Court
Judge Nathaniel M. Gorton
1 Courthouse Way
Boston, MA  02210

RE:          Docket No. 14-CR-10163-NMG

Dear Judge Gorton:

I am writing this letter in response to your March 16, 2015 Order regarding my absence from the March 16, 2015 initial status conference.  I received the notice for the hearing by ECF on February 6, 2015.  As is the practice in my office, we printed out a copy of the notice.  However, I inadvertently failed to note the conference in my schedule book.  As a result, I was in Lowell Superior Court for a lobby conference, Commonwealth v. Rodrigo Kestering, on March 16, 2015 rather than in your courtroom for the scheduled conference.  It was only at approximately 3:15 p.m. on March 16, 2015, after I had left Lowell Superior Court and checked my phone, viewed the e-mail from your clerk, Christine Patch, and then spoke with Assistant United States Attorney Ted Heinrich, that I realized I had missed the scheduled status conference.  I acknowledge that it is my responsibility to be aware of all scheduled court events and to mark them in my schedule accordingly.  I can assure this Court that this sort of inattentiveness will not happen again.  I apologize to this Court for the inconvenience caused by my absence from the scheduled conference.

Sincerely,

/s/ Paul J. Garrity

Paul J. Garrity