USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the                    DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA                 }
                    V.                    }         CRIMINAL NUMBER:
                                          }
JAYME REYNOLDS                            }         1:14-CR-10163-NMG

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, *Jayme Reynolds*, defendant, have been informed that an (indictment, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the NORTHERN District of CALIFORNIA in which I, am present , (~~am under arrest, am held~~) and to waive trial in the above captioned District.

Dated: July          20 15 at

JAYME REYNOLDS
*(Defendant)*

*(Witness)*
Paul J. Garrity
*(Counsel for Defendant)*
THEODORE B. HEINRICH
*(Assistant United States Attorney)*

Approved

Brian J. Stretch
Acting   ~~Melinda Haag~~
United States Attorney for the
NORTHERN                           District of
CALIFORNIA

Carmen M. Ortiz
United States Attorney for the
                                   District of
MASSACHUSETTS

FROM :NICHOLS          FAX NO. :707-886-5146      Sep. 09 2015 07:02PM P1

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the                    DISTRICT OF    MASSACHUSETTS

UNITED STATES OF AMERICA
V.                                   CRIMINAL NUMBER:

TRAVIS NICHOLS                       1:14-CR-10163-NMG

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, TRAVIS NICHOLS               , defendant, have been informed that an (*Indictment, Information, complaint*) is pending against me in the above designated cause. I wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the NORTHERN District of CALIFORNIA in which I, am present (am under arrest, am held) and to waive trial in the above captioned District

Dated: July        20 15 at

TRAVIS NICHOLS
(*Defendant*)

(*Witness*)
LIAM SCULLEY
(*Counsel for Defendant*)
THEODORE B. HEINRICH
(*Assistant United States Attorney*)

Approved

Brian J. Stretch
Acting United States Attorney for the
NORTHERN                    District of
CALIFORNIA

Carmen M. Ortiz
United States Attorney for the
District of
MASSACHUSETTS

08/19/2015  13:47     7079646352                    BECKMAN                              PAGE  01/01

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

## In the United States District Court

For the                                    **DISTRICT OF**      **MASSACHUSETTS**

UNITED STATES OF AMERICA
                                    }              **CRIMINAL NUMBER:**
                    V.

REBECCA REYNOLDS                                      **1:14-CR-10163-NMG**

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Rebecca Reynolds_____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead GUILTY_____ to the offense charged, to consent to the disposition of the case in the NORTHERN_____ District of CALIFORNIA_____ in which I, am present_____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: August  19  20 15 at _____

REBECCA REYNOLDS
(Defendant)

(Witness)
WILLIAM CONNOLLY
(Counsel for Defendant)
THEODORE B. HEINRICH
(Assistant United States Attorney)

Approved

Brian J. Stretch
~~Melinda Haag~~
*Acting* United States Attorney for the
NORTHERN                        District of

CALIFORNIA

Carmen M. Ortiz
United States Attorney for the
                                District of

MASSACHUSETTS