BECKMAN

10/09/2015   09:32   7079646352

LAW:OFFICE                                                    PAGE   03/03

10/09/2015   13:17   6034376472

USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the                                    DISTRICT OF      MASSACHUSETTS

UNITED STATESOF AMERICA
V.                                    CRIMINAL NUMBER:

JAYME REYNOLDS·                        1:14-CR-10163-NMG

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **Jayme Reynolds**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead GUILTY _____ to the offense charged, to consent to the disposition of the case in the NORTHERN _____ District of CALIFORNIA _____ in which I, am present _____ , (am under arrest, am held) and to waive trial in the above captioned District.

Dated:  July _____ 20 15 at _____

JAYME REYNOLDS
*(Defendant)*

*(Witness)*

Paul J. Ramity
*(Counsel for Defendant)*

THEODORE B. HEINRICH
*(Assistant United States Attorney)*

Approved

Brian J. Stretch
Malinda Haag
Acting United States Attorney for the
NORTHERN
————— District of
CALIFORNIA

Carmen M. Ortiz
United States Attorney for the
—————District of
MASSACHUSETTS