

**FILED IN CLERKS OFFICE**
**2015 NOV 10 PM 12 15**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Robert M. Farrell**
CLERK OF COURT

14-MJ-70748 JSC

TO: Clerk
USDC
No District of CA

RE:

CIVIL ACTION #.

CRIMINAL #. 14CR 10163 NMG
 -07- R. Reynolds
 -08- J. Reynolds
 -06- T. Nichols

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on by the Honorable __Nathaniel Gorton__

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

(✓) Certified copy of the transferral order;

( ) Original documents numbered

(✓) indictment

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

ROBERT M. FARRELL
CLERK OF COURT
By: _Elaine Flaherty_
Deputy Clerk  617 748 9812

Date: 10/23/15

---

The documents listed above were received by me on __10-26-15__ and assigned the following case number: __14-70748 JSC__.

By: _____
Deputy Clerk  MARK J. JENKINS

(Transfer Cover Letter.wpd – 5/20/2014)